# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| AHMAD WILLIAMS and MALAIKA WILLIAMS, *Plaintiffs* § § § § | |
| v. § § | Case No. 1:24-CV-01086-SH |
| EDWIN ONAGHISE, *Defendant* § § § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice, filed June 9, 2025 (Dkt. 48). The parties state that they stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiffs' cause against Onaghise should be dismissed with prejudice. The parties also agree that each party is to bear its own costs and attorneys' fees.

The Court **GRANTS** the Stipulation of Dismissal with Prejudice (Dkt. 48) and **ORDERS** that Plaintiffs' cause against Onaghise is **DISMISSED WITH PREJUDICE**.

The Court will enter final judgment in a separate order.

**SIGNED** on June 9, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE