# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **AHMAD WILLIAMS and MALAIKA WILLIAMS,** *Plaintiffs* § § § § | |
| **v.** § | Case No. 1:24-CV-01086-SH |
| **EDWIN ONAGHISE,** *Defendant* § § § | |

## ORDER

On this date, the Court granted the parties' Stipulation of Dismissal with Prejudice (Dkt. 48). The Court enters **FINAL JUDGMENT** that Plaintiffs' cause against Onaghise is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

The Court **FURTHER ORDERS** that all court settings are **CANCELED** and that the Clerk of Court shall **CLOSE** this case.

**SIGNED** on June 9, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE